*Messrs. Maury & Hogevoll,* for Relator.

---

No. 2,202.—A. P. HENNINGSEN ET AL., RESPONDENTS, *v.* ARTHUR THOMAS, APPELLANT.

*Appeal from District Court, Silver Bow County; Wm. Clancy, Judge.*

Decided January 5, 1906.

PER CURIAM.—This cause having been set for hearing this day, and it appearing to the court that briefs have not been filed

and counsel not appearing, it is ordered that the judgment of the court below made and entered on the 4th day of March A. D. 1904, be affirmed at the cost of the appellant.

*Mr. J. H. Baldwin,* for Appellant.

*Messrs. Kirk & Clinton,* and *Mr. J. F. Davies,* for Respondents.